B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Georgia

In re  Bobby Demarth Barry                    ,                    Case No.  17-11673-SDB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Cabana Series III Trust | U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:  800.603.0836
Last Four Digits of Acct #:  4943

Name and Address where transferee payments should be sent (if different from above):
  SN Servicing Corporation
  PO Box 660820
  Dallas, TX 75266
Phone:  800.603.0836
Last Four Digits of Acct #:  4943

Court Claim # (if known):  4-1
Amount of Claim:  $41,444.78
Date Claim Filed:  12/07/2017

Phone:  _____
Last Four Digits of Acct. #:  4943

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ D. Anthony Sottile                              Date:  05/07/2019
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.